IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DIRECTV                                                                                         PLAINTIFF

V.                                                                              CIVIL NO. 2:03CV317-JAD

DONALD WRIGHT                                                                               DEFENDANT

## JUDGMENT

In accordance with the memorandum opinion issued this day, summary judgment is granted for the plaintiff, along with judgment in the amount of $65,000.00, plus attorneys' fees and costs.

**IT IS SO ORDERED**.

THIS the 25th day of April, 2005.

/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE