IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DIRECTTV, INC.                                                                                                PLAINTIFF

V.                                                                             CIVIL ACTION NO.2:03CV317-JAD

DONALD WRIGHT                                                                                         DEFENDANT

## JUDGMENT GRANTING ATTORNEYS FEES

In accordance with the opinion of this court issued this day, the plaintiff is granted judgment against the defendant in the additional amount of $ 22,955.08 as attorneys' fees and costs.

SO ORDERED this the 8TH day of December, 2005.

/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE