IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DIRECTTV, INC.                                                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO.2:03CV317-JAD

DONALD WRIGHT                                                                                    DEFENDANT

## OPINION GRANTING ATTORNEYS FEES

The court has considered the plaintiff's proof of attorney's fees (Doc. 39). The attorney's time has been billed at $ 210.00 per hour for the more experienced attorney and $ 175.00 for the associate. These are somewhat higher than this court has allowed in the past. The paralegal time has been billed at $ 130.00 per hour, which is substantially higher than this court has allowed, and represents the bulk of the time in this matter. The court has also considered that this matter was not particularly complex and with a pro se litigant not challenging to pursue. The court has also considered the amount of the recovery obtained. Being of the opinion that some reduction is reasonable the court, the court finds that the attorney's fees should be limited to one-third of the recovery or $ 21,666.67. The expenses of $ 1,288.41 should be awarded.

IT IS ORDERED that the plaintiff is awarded $ 22,955.08 in attorneys' fees and expenses.

SO ORDERED this the 8th day of December, 2005.

/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE